CHRISTOPHER J. CHRISTIE
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB03?1
(FLU:PM)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **MARY ADJEI ROBINSON,** *Defendant,* and **WINDSOR GARDEN CARE CENTER** **and its successors or assigns,** *Garnishee.* | **HON.** **CR NO. 99-680** **APPLICATION AND ORDER FOR WRIT OF CONTINUING GARNISHMENT** |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the defendant, Mary Adjei Robinson, social security number *******8878, whose last known address is: Newark, NJ 07104 in the above cited action in the amount of $42,756.00, plus interest at the rate of 6.197% per annum and penalties.

The total balance due and owing as of March 13, 2008 is $33,558.74.

Demand for payment of the above-stated debt was made upon the debtor not less than

30 days from March 13, 2008, and debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or wages to the judgment debtor. More specifically, the Garnishee is the employer of the defendant, Mary Adjei Robinson, and its successors or assigns. This Writ of Continuing Garnishment is intended to compel the Garnishee to pay to the United States twenty-five percent (25%) of the disposable earnings of defendant, Mary Adjei Robinson, pursuant to 28 U.S.C. § 3002(9).

The name and address of the Garnishee or his authorized agent is:

>Windsor Garden Care Center
>140 Park Avenue
>East Orange, NJ 07017

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Continuing Garnishment.

>CHRISTOPHER J. CHRISTIE
>UNITED STATES ATTORNEY
>
>By: LEAH A. BYNON
>ASSISTANT U.S. ATTORNEY

**IT IS**, on this _____ day of _____, 2008,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Continuing Garnishment.

>HON.
>UNITED STATES DISTRICT COURT